UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KIESHA JENKINS, | : | Civil Action No.17-7521(FLW) |
| *on behalf of herself and all others similarly situated* | | |
| Plaintiff, | : | |
| vs. | : | ORDER DISMISSING ACTION PURSUANT TO F.R.CIV.P. 4(m) |
| CONSUMER ACCOUNT RECOVERY SERVICES, INC. et al. | : | |
| Defendant, | : | |

It appearing that the plaintiff in the above captioned action have failed to effect service of the summons and complaint within 90 days of the filing of the complaint;

It further appearing that good cause has not been shown as to why service has not been effected;

It is on this 7th day of May, 2018,

ORDERED that the complaint be and is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, without prejudice and without costs.

s/Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge